# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI,
### WESTERN DIVISION

ALONZO DAVIS                                                                                       PLAINTIFF

VERSUS                                           CIVIL ACTION NO. 5:06cv113-DCB-JMR

MICHAEL J. ASTRUE, Commissioner
of Social Security                                                                                 DEFENDANT

## FINAL JUDGMENT

This matter having come before the Court on the Report and Recommendation of the Magistrate Judge, the Court having adopted the same over the Objection of the plaintiff, and the Court having affirmed the final decision of the defendant; accordingly,

**IT IS HEREBY ORDERED AND ADJUDGED** that the case is **DISMISSED WITH PREJUDICE.**

**SO ORDERED AND ADJUDGED,** this the 12th day of March 2008.

                                            s/ David Bramlette
                                            **UNITED STATES DISTRICT JUDGE**